IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFTON FREEMAN,

    Petitioner,                    No. CIV S 07-1310 LKK DAD P

    vs.

D.K. SISCO, Warden,

    Respondent.              ORDER

_____/

        Petitioner has requested an extension of time to file a response to the respondent's August 30, 2007 answer to the petition for writ of habeas corpus. The request will be granted.

        Petitioner has also filed a motion for appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's September 17, 2007 motion for an extension of time is granted;

2. Petitioner is granted thirty days from the date of this order in which to file a response; and

3. Petitioner's August 30, 2007 motion for the appointment of counsel is denied without prejudice.

DATED: September 24, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:cm/4
free1310.111