# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFTON FREEMAN,

    Petitioner,

v.

D. K. SISTO,

    Respondent.

CASE NO. 2:07-cv-01310-RSL-JLW

ORDER

Clifton Freeman has filed a new application to proceed IFP and a petition challenging the Board of Parole Hearing's denial of parole on March 27, 2007. (*See* Dkt. Nos. 27 and 28). These documents were inadvertently docketed in this case, which focuses upon denial of parole at an earlier hearing. Petitioner did not title his petition as an amendment to his prior petition; and nothing in the new petition suggests it was intended as an amendment. The new petition should have been filed and docketed as a new case.

ORDER - 1

Accordingly, the Clerk is directed to open a new case, re-docket petitioner's application and petition, and assign the case in accordance with standard procedures.

DATED this 29th day of April, 2009.

/s/ John L. Weinberg
JOHN L. WEINBERG
United States Magistrate Judge

ORDER - 2